No. 63376.—William Adams, Inc. v. United States, protest 58/18510(A) (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise described on the invoice with entry B.15971 as "large sweet dish" is a kitchen or table utensil, plated with silver, the claim of the plaintiff was sustained as to said merchandise. As to all other merchandise covered by the entries herein, the protest was dismissed.